# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JIM MILLER FURNITURE, INC., | Case No.: 3:23-cv-279 |
| Plaintiff, | District Judge Thomas M. Rose |
| v. | |
| MORRIS FURNITURE COMPANY, | **ORDER OF DISMISSAL:** |
| | **TERMINATION ENTRY** |
| Defendant. | |

The Court having been advised by Counsel for the parties that this matter has resolved, and Counsel for the parties having provided approval to enter a conditional dismissal, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action in lieu of an extrajudicial resolution.  Prior to the end of the timeframe to reopen this action, the parties may submit a substitute Judgment Entry dismissing this action of their own accord.

IT IS SO ORDERED.          *s/Thomas M. Rose*

_____
Honorable Thomas M. Rose
United States District Judge